◼ In the Matter of VINCENT VISCO, Respondent, v. NORTHEAST MARINE TERMINAL Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal from a decision of the Workmen's Compensation Board, filed July 27, 1973, which awarded claimant benefits for permanent partial disability and denied appellant's request to restore the case to the referee calendar for further development of the record. Claimant suffered a compensable coronary accident while at work on January 28, 1972. Appellants contend that his causally related disability no longer continues, and that the board's decision awarding him benefits for permanent partial disability is not supported by substantial evidence. We disagree. It is not disputed and the carrier's medical expert testified that claimant's condition of myocardial ischemia was causally related to his accident. The board was not required to accept that expert's conclusion that the condition had healed in view of the other medical evidence presented, including reports by the board's examining physician, indicating that claimant continued to suffer a permanent partial disability. The board's decision denying appellant's request to restore the case to the referee calendar for a further development of the record was not, upon the facts and circumstances shown, an abuse of discretion. Decision affirmed, with costs

to the Workmen's Compensation Board. Herlihy, P. J., Greenblott, Sweeney, Kane and Larkin, JJ., concur.